UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

MICHAEL BEITER, JR.,
Defendant.

CASE NO. 11-60273-CR-DIMITROULEAS

_____/

**VERDICT**

WE, THE JURY, FIND, the Defendant, MICHAEL BEITER, JR.,

As to Count 1
✓
GUILTY NOT GUILTY

As to Count 2
✓
GUILTY NOT GUILTY

As to Count 3
✓
GUILTY NOT GUILTY

As to Count 4
✓
GUILTY NOT GUILTY

As to Count 5
✓
GUILTY NOT GUILTY

As to Count 6
✓
GUILTY NOT GUILTY

As to Count 7
✓
GUILTY NOT GUILTY

As to Count 8
✓
GUILTY NOT GUILTY

As to Count 9
✓
GUILTY NOT GUILTY

As to Count 10
✓
GUILTY NOT GUILTY

As to Count 11
✓
GUILTY NOT GUILTY

As to Count 12
✓
GUILTY NOT GUILTY

As to Count 13
✓
GUILTY NOT GUILTY

As to Count 14
✓
GUILTY NOT GUILTY

As to Count 15
✓
GUILTY NOT GUILTY

As to Count 16
✓
GUILTY NOT GUILTY

As to Count 17
✓
GUILTY NOT GUILTY

As to Count 18
✓
GUILTY NOT GUILTY

As to Count 19
✓
GUILTY NOT GUILTY

As to Count 20
✓
GUILTY NOT GUILTY

As to Count 21
✓
GUILTY NOT GUILTY

As to Count 22
✓
GUILTY NOT GUILTY

As to Count 23
✓
GUILTY NOT GUILTY

As to Count 24
✓
GUILTY NOT GUILTY

As to Count 25
✓
GUILTY NOT GUILTY

As to Count 26
✓
GUILTY NOT GUILTY

As to Count 27
✓
GUILTY NOT GUILTY

As to Count 28
✓
GUILTY NOT GUILTY

As to Count 29
✓
GUILTY NOT GUILTY

As to Count 30
✓
GUILTY NOT GUILTY

As to Count 31
✓
GUILTY NOT GUILTY

As to Count 32
✓
GUILTY NOT GUILTY

As to Count 33
✓
GUILTY NOT GUILTY

As to Count 34
✓
GUILTY NOT GUILTY

As to Count 35
✓
GUILTY NOT GUILTY

As to Count 36
✓
GUILTY NOT GUILTY

As to Count 37
✓
GUILTY NOT GUILTY

As to Count 38
✓
GUILTY NOT GUILTY

As to Count 39
✓
GUILTY NOT GUILTY

As to Count 40
✓
GUILTY NOT GUILTY

As to Count 41
✓
GUILTY NOT GUILTY

As to Count 42
✓
GUILTY NOT GUILTY

as charged in the Indictment.

So say we all

_____
FOREPERSON

10/29/12
DATE